AO 121 (6/90)

| TO: |  |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. **1:25-cv-00852**    DATE FILED **10/1/2025** | United States District Court<br>Northern District of Illinois |
| PLAINTIFF<br><br>TINGTING CHEN, | DEFENDANT<br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, and<br>UNINCORPORATED ASSOCIATES<br>IDENTIFIED ON SCHEDULE "A," |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1   See Attached |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 |  |  |
| 2 |  |  |
| 3 | . |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>B. Irizarry | DATE<br>10/2/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-534-208

**Effective Date of Registration:**
August 27, 2024
**Registration Decision Date:**
September 16, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title _____

**Title of Group:** printed pattern 1 and 8 Other Unpublished Works

**Content Title:** printed pattern 1
printed pattern 2
printed pattern 3
printed pattern 4
printed pattern 5
printed pattern 6
printed pattern 7
printed pattern 8
printed pattern 9

## Completion/Publication _____

**Year of Completion:** 2021

## Author _____

- **Author:** Tingting Chen
**Author Created:** 2 Dimensional Artwork
**Citizen of:** China
**Domiciled in:** China

## Copyright Claimant _____

**Copyright Claimant:** Tingting Chen
Rm. 704, Unit 2, BLDG. 5, Pinxiuyuan, Wangxian Rd., Xiuzhou Dist., Jiaxing, Zhejiang, 314000, China

## Rights and Permissions _____

**Name:** Tingting Chen
**Address:** Rm. 704, Unit 2, BLDG. 5, Pinxiuyuan, Wangxian Rd., Xiuzhou Dist., Jiaxing, Zhejiang 314000 China

## Certification

**Name:** Tingting Chen
**Date:** August 27, 2024
**Applicant's Tracking Number:** printed pattern

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

















