IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TINGTING CHEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>    Defendants. | Case No: 1:25-cv-11949<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Albert Berry, III |

## DECLARATION OF TINGTING CHEN

I, TingTing Chen, declare as follows:

1. I am over the age of 18 and competent to make this declaration. I am the creator and owner of the mahjong pattern illustrations described in this action and of U.S. Copyright Registration No. VAu001534208 covering those works (the "Chen Works"). I make this declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the facts stated herein. A true and correct copy of the registration certificate is attached as Exhibit A to the Complaint.

2. I regularly monitor online marketplaces for infringement of my work. The storefronts identified in Schedule A offered products that copy or display my copyrighted illustrations. Screenshots of the infringing listings are attached as Exhibit A to this Motion for Temporary Restraining Order. Exhibit B to the Complaint consists of the DMCA takedown complaints that I submitted to Amazon requesting removal of the infringing listings. Exhibit C to

the Complaint consists of the counter-notices that certain Defendants submitted to Amazon in response to those takedowns.

3. After those takedowns, some of the same sellers submitted counter-notices using the email addresses shown in Exhibits B and C to the Complaint. Based on my experience with Amazon's process, unless Amazon receives notice of this lawsuit, it typically reinstates the removed listings within approximately 10 to 14 business days after receiving a counter-notice.

4. To confirm sales into this District, my attorney, Alexander Warden, completed a test purchase of an accused product that was shipped to an address in Illinois. A true and correct copy of the corresponding Amazon order confirmation is attached as Exhibit B to this Motion for Temporary Restraining Order.

5. Defendants' infringing sales divert customers, harm my reputation and goodwill, and interfere with my ability to control the quality of products bearing my designs. Their conduct also damages my licensing and business opportunities. Money damages alone cannot repair these losses, particularly because Defendants can transfer funds offshore or relist under new accounts.

6. I understand that the Court may require a $7,000 bond to secure the requested temporary restraining order. I am prepared to post that bond immediately upon entry of the TRO.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 9 , 2025, at  Jiaxing City .

*TingTing Chen*
TingTing Chen