**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TINGTING CHEN, | |
| Plaintiff, | Case No: 1:25-cv-11949 |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," | Judge Mary M. Rowland  Magistrate Judge Albert Berry, III |
| Defendants. | |

### DECLARATION OF ALEXANDER WARDEN

I, Alexander Warden, declare as follows:

1. I am counsel of record for Plaintiff TingTing Chen in this action. I submit this declaration in support of Plaintiff's Ex Parte Motion for a Temporary Restraining Order, expedited discovery, targeted asset restraint, and alternative service. I make this declaration based on my personal knowledge and experience unless otherwise stated, and if called to testify, I could and would testify competently to the facts stated herein.

2. I certify that providing notice to Defendants before entry of the requested temporary restraining order would likely result in immediate asset dissipation, rapid re-listing of infringing products under new storefronts, and concealment of Defendants' identities and sales records. Those risks would defeat the purpose of the requested ex parte relief.

3. Based on my experience litigating online-marketplace infringement cases, Amazon and similar platforms typically reinstate listings within 10–14 business days after a DMCA

counter-notice unless they receive notice of a pending lawsuit. That process creates immediate risk of renewed market harm and renders advance notice impracticable and potentially futile.

4. Defendants are believed to reside outside the United States and operate through online storefronts on Amazon. Despite reasonable diligence, their physical addresses cannot be confirmed. The email addresses used in Defendants' DMCA counter-notices and the platform messaging tools remain active and are regularly used by Defendants to communicate with Amazon and to process sales. Service by those electronic means is therefore reasonably calculated to provide actual notice of this action.

5. Accordingly, I request that the Court authorize service by (a) email to the addresses identified in Defendants' counter-notices, (b) platform messaging through the respective online marketplace accounts, and (c) publication via a case-specific website, and deem service complete upon electronic transmission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Wednesday, October 10, 2025

                                              Respectfully submitted,

                                              /s/Alexander Warden
                                              Alexander Warden
                                              alexander.warden@walflaw.com
                                              West Atlantic Law Firm, PLLC
                                              104 W 40th Street, 4th & 5th Floors
                                              New York, NY 10018
                                              (347) 420-0279
                                              Plaintiff for TINGTING CHEN